**FILED**

Feb 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  HELEN R. ZANE, CSBN 275757
   ATTORNEY AT LAW
2  P.O. BOX 1126
   ARCATA, CA 95518
3  (510) 957-0100 FAX (510) 957-0290
   EMAIL: helen@helenzanelaw.com
4

5  ATTORNEY FOR PLAINTIFF

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11 | SUSAN ORTON CARTER | Civil No.: 3:20-cv-04324-TSH |

12 |       Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

13 |   vs. |  |

14 | ANDREW SAUL, Commissioner of Social Security, |  |

15 |  |  |

16 |       Defendant. |  |

17     IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

18 approval of the Court, that plaintiff **SUSAN ORTON CARTER** may have an extension until

19 March 14, 2021, in which to file Plaintiff's Motion for Summary Judgment. All amended deadlines

20 will be extended accordingly.

21 Dated: February 3, 2021                          */s/ Helen R. Zane*
                                                    HELEN R. ZANE
22                                                  Attorney for Plaintiff

23                                                  DAVID L. ANDERSON
                                                    United States Attorney
24 //

|   |   |
|---|---|
| 1 | PAULA LEE |
|   | Acting Regional Chief Counsel, Region IX |
| 2 |   |
| 3 | Dated: February 3, 2021     /s/ Lara A. Bradt |
|   |     *LARA BRADT |
| 4 |     Special Assistant United States Attorney |
|   |     Attorneys for Defendant |
| 5 |     (*authorized by email*) |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2021

HON. THOMAS S. HIXON
United States Magistrate Judge